APPLICANT          JOE ADAM RAMIREZ          APPLICATION NO. WR-27,392-19


# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS


## ACTION TAKEN



DISMISSED, SUBSEQUENT APPLICATION. TEX. CODE CRIM. PROC. Art. 11.07, § 4(a)-(c).

JUDGE _____     8/5/15  DATE